WRIGHT, FINLAY & ZAK, LLP  **MADE JS-6**
T. Robert Finlay, Esq., SBN 167280
Nicholas G. Hood, Esq., SBN 238620
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; nhood@wrightlegal.net

Attorneys for Defendant,
FEDERAL NATIONAL MORTGAGE ASSOCIATION

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT J. DEROSA | ) Case No.  CV08-08100 GW (CWx) |
| | ) Assigned for all purposes to: The |
| Plaintiff, | ) Honorable George H. Wu |
| | ) |
| | ) **JUDGMENT IN FAVOR OF** |
| | ) **DEFENDANT FEDERAL** |
| vs. | ) **NATIONAL MORTGAGE** |
| | ) **ASSOCIATION AND AGAINST** |
| | ) **PLAINTIFF VINCENT J.** |
| | ) **DERSOSA** |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION; | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

This action came on for hearing originally on September 28, 2009 and
continued to October 19, 2009, the Honorable George H. Wu presiding, for the
purposes of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION's
Motion for Summary Judgment or, alternatively, Partial Summary Judgment, and

-1-

the written submissions of the parties having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1.  Judgment shall be, and is, entered in favor of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION and against Plaintiff VINCENT J. DEROSA for the reasons set forth in the Court's Tentative Ruling of September 28, 2009, which is attached to the Court's Minute Order of September 28, 2009, and the Memorandum in supplement to said Tentative Ruling, each of which comprise the final ruling of the Court regarding the aforementioned Motion for Summary Judgment. True and correct copies of the September 28, 2009 Minute Order and the Memorandum are attached hereto and incorporated herein by this reference as Exhibits "1" and "2", respectively;

2.  Plaintiff VINCENT J. DEROSA shall, and does, take nothing by way of his First Amended Complaint in the above-captioned action;

3.  The above-captioned action be, and is, dismissed on the merits;

4.  Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION, as the prevailing party, recover its costs in against Plaintiff VINCENT J. DEROSA; and

///
///
///
///
///
///
///
///
///
///

-2-

**JUDGMENT**

**5.**  Due to the Court's entry of Judgment in favor of Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION and against Plaintiff VINCENT J. DEROSA, as set forth herein, the Notice of Pendency of Action (Lis Pendens) regarding the above-captioned action and recorded on December 26, 2008, in the Official Records of the Bureau of Conveyances for the State of Hawaii as instrument no. 2008-193362, and regarding the real property commonly known as: 20 Hui Road I, Unit 40, Lahaina, Hawaii 96761, shall be, and is, effectively and immediately EXPUNGED and CANCELLED so as not to constitute constructive or actual notice of any matter contained therein, or of any matters relating to this above-captioned action, or create any duty of inquiry in any person dealing with the real property described above after the date of recordation of this Judgment.

Dated: October 26, 2009

_____
GEORGE H. WU, U.S. District Judge

-3-

**JUDGMENT**